IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAJEWELL TURNER OWENS, § | | |
| Plaintiff, § | | |
| § | No. 3:10-CV-1770-N-BF | |
| v. § | | |
| § | | |
| ROBERT E. PRICE, Judge, Probate § | | |
| Court No. 2, ET AL., § | | |
| Defendants. § | | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS SO ORDERED.

Signed April 26, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE